| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WILLIAM R. PLETCHER (CABN 212664)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612<br>Telephone:  (510) 637-3689 |
| 7 | Facsimile:   (510) 637-3724<br>E-Mail:      Will.Pletcher@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00659 DLJ |
| Plaintiff, | ) ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) ) | |
| CORNELL WILLIAM MAXEY JR,<br>    aka "Cornell Maxey,"<br>    aka "Cornell William Maxey,"<br>    aka "Cornell Williams Maxey Jr"<br>    and aka "Corn," | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

TO:    The Honorable Laurel Beeler, United States Magistrate Judge of the United States District Court for the Northern District of California:

Special Assistant United States Attorney William R. Pletcher respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, CORNELL WILLIAM MAXEY JR (CDC V052353), whose place of custody and jailor are set forth in the requested Writ, attached hereto.

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-00659 DLJ

The prisoner is required as the defend ant in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

Dated: September 9, 2010            Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney


                                    _____/s/_____
                                    WILLIAM R. PLETCHER
                                    Special Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-00659 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CORNELL WILLIAM MAXEY JR,<br>    aka "Cornell Maxey,"<br>    aka "Cornell William Maxey,"<br>    aka "Cornell Williams Maxey Jr"<br>    and aka "Corn,"<br><br>    Defendant. | No. CR 10-00659 DLJ<br><br>[~~PROPOSED~~] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant CORNELL WILLIAM MAXEY JR (CDC V052353) before the Honorable Laurel Beeler, United States Magistrate Judge, at 10 a.m. on September 22, 2010, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: September 10, 2010

_____
LAUREL BEELER
United States Magistrate Judge

PETITION AND [~~PROPOSED~~] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-00659 DLJ