MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> CORNELL WILLIAM MAXEY JR., ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | No. CR-10-00659 DLJ <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 11, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; ORDER <br><br> Date:    January 21, 2011 <br> Time:   9:00 a.m. <br> Court:  Hon. D. Lowell Jensen |

     The above-captioned matter is set on January 21, 2011 before this Court for a status hearing. The Court, however, is not available on January 21, 2011. The parties, therefore, request that this Court continue the hearing to February 11, 2011 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and February 11, 2011.

     Defendant requested that the government obtain additional documents or recordings from the Oakland Police Department; the government has been searching for the requested information. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. Additionally, defendant needs time to research potential legal

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 11, 2011 AND TO EXCLUDE TIME
No. CR-10-00659 DLJ

1  issues in connection with any potential motions with respect to this matter.  The parties agree the
2  ends of justice served by granting the continuance outweigh the best interests of the public and
3  defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court
4  exclude time between the date of this stipulation and February 11, 2011 under the Speedy Trial
5  Act for effective preparation of counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7  DATED: January 20, 2011

10  _____/s/_____            _____/s/_____
    JAMES C. MANN                             JOYCE LEAVITT
    Assistant United States Attorney          Counsel for Cornell William Maxey Jr.
11  Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 11, 2011 AND TO EXCLUDE TIME
No. CR-10-00659 DLJ

|     |     |     |
| --- | --- | --- |
| 1   |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00659 DLJ |
| --- | --- | --- |
| Plaintiff, | ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 11, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| CORNELL WILLIAM MAXEY JR., | ) | |
| Defendant. | ) | Date:   January 21, 2011<br>Time:   9:00 a.m.<br>Court:  Hon. D. Lowell Jensen |
| | ) | |

The parties jointly requested that the hearing in this matter be continued from January 21, 2011 (as the Court is not available) to February 11, 2011, and that time be excluded under the Speedy Trial Act between January 20, 2011 and February 11, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

Defendant requested that the government obtain additional documents or recordings from the Oakland Police Department; the government has been searching for the requested information. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. Additionally, defendant needs time to research potential legal issues in connection with any potential motions with respect to this matter. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 11, 2011 AND TO EXCLUDE TIME
No. CR-10-00659 DLJ

defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from January 21, 2011 to February 11, 2011 at 9:00 a.m., and that time between January 20, 2011 and February 11, 2011 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: January 25, 2011

_____
HON. D. LOWELL JENSEN
United States District Judge