1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant CORNELL MAXEY JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-00659 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING REPLY & |
| | ) | HEARING DATE; EXCLUSION OF |
| | ) | TIME |
| CORNELL MAXEY JR., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties, that defendant Cornell Maxey Jr's reply brief in support of motion to suppress evidence, currently due on April 1, 2011, may be filed no later than April 15, 2011; the hearing on defendant's motion to suppress evidence, currently scheduled for April 15, at 11:00 a.m. may be vacated and continued to April 29, 2011, at 11:00 a.m.

IT IS FURTHER STIPULATED that the time until April 29, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, and 18 U.S.C. §3161(h)(1)(D) for delay resulting from the

preparation and filing of the pretrial motion to suppress until the conclusion of the hearing.

DATED: 3/29/11          /s/
                        JOYCE LEAVITT
                        Assistant Federal Public Defender

DATED: 3/29/11          /s/
                        JAMES MANN
                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Cornell Maxey Jr.'s reply brief in support of motion to suppress evidence may be filed no later than April 15, 2011; the hearing on defendant's motion shall be continued to April 29, 2011, at 11:00 a.m.

IT IS FURTHER ORDERED that the time until April 29, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, and 18 U.S.C. §3161(h)(1)(D) for delay resulting from the preparation and filing of the pretrial motion until the conclusion of the hearing. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial and failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: April 1, 2011

_____
HONORABLE D. LOWELL JENSEN
United States District Judge